IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULBIR BAJWA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOHN E. SWEENEY & ASSOCIATES,<br>et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-07-1093 LJO DLB<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND WHY SANCTIONS SHOULD NOT BE IMPOSED** |

Upon review of the file in this matter, the Court notes that Plaintiff and Defendants: (1) failed to file a Joint Scheduling Report in anticipation of the November 27, 2007 scheduling conference, in violation of paragraph 3 of this Court's Standing Order (Doc. 6), filed on August 29, 2007 and Local Rule 16-240(b); and (2) failed to file a stipulation and proposed order of remand as ordered by this Court on November 26, 2007.  Therefore, **this Court ORDERS the parties to show cause, in writing, on or before December 17, 2007**, **why this action should not be dismissed and why sanctions should not be imposed on both parties and counsel for failure to comply with this Court's orders local rules.**

IT IS SO ORDERED.

**Dated:   December 7, 2007**                              /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

1