**FILED**

DEC 18 2007

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1 | JOHN E. SWEENEY & ASSOCIATES
    JOHN E. SWEENEY, CA Bar No. 37042
2 | 2835 TOWNSGATE ROAD, SUITE 102
    WESTLAKE VILLAGE, CA 91361
3 |
    Tel: (805) 497-4909
4 | Fax: (805) 379-0345

5 | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULBIR SINGH BAJWA, | CASE NO.: 1:07-CV-1093 LJO DLB |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| JOHN SWEENEY, an Individual; JOHN SWEENEY ASSOCIATES; DHARAMPAL SINGH; PARMINDERJIT KAUR; HARJIT KAUR; ESTATE OF JAGDISH SINGH, PRITPAL SINGH; RAVNEET KAUR SINGH and SIMRATPAL SINGH by and through their Guardian Ad Litem, PARMINDERJIT KAUR and DOES 1-10 INCLUSIVE, | Complaint Filed: May 2, 2007<br><br>(Assigned for all purposes to: Hon. Lawrence J. O'Neill, Courtroom 4) |
| Defendants. | |

The parties having stipulated thereto, the court orders the within case to be remanded to the Kern County Superior Court, Superior Court Case Number S-1500-CV-260742, WDP.

DATED: December 18, 2007

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

3

STIPULATION FOR REMAND AND ORDER THEREON

1  JOHN E. SWEENEY & ASSOCIATES
   JOHN E. SWEENEY, CA Bar No. 37042
2  2835 TOWNSGATE ROAD, SUITE 102
   WESTLAKE VILLAGE, CA 91361
3
   Tel:  (805) 497-4909
4  Fax:  (805) 379-0345

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | KULBIR SINGH BAJWA,              ) CASE NO.: 1:07-CV-1093 LJO DLB
                                      )
11 |              Plaintiff,          ) STIPULATION FOR REMAND AND
                                      ) ORDER THEREON
12 |     v.                           )
                                      )
13 | JOHN SWEENEY, an Individual; JOHN)
     SWEENEY ASSOCIATES; DHARAMPAL    ) Complaint Filed:  May 2, 2007
14 | SINGH; PARMINDERJIT KAUR; HARJIT )
     KAUR; ESTATE OF JAGDISH SINGH,   ) (Assigned for all purposes to: Hon. Lawrence J.
15 | PRITPAL SINGH; RAVNEET KAUR      ) O'Neill, Courtroom 4)
     SINGH and SIMRATPAL SINGH by and )
16 | through their Guardian Ad Litem, )
     PARMINDERJIT KAUR and DOES 1-10  )
17 | INCLUSIVE,                       )
                                      )
18 |              Defendants.         )
                                      )
19

20      The parties, by and through their respective attorneys of record do hereby stipulate that

21 this case be remanded to the Kern County Superior Court, Bakersfield, California, Superior

22 Court Case Number S-1500-CV-260742, WDP, currently assigned to the Hon. William D.

23 Palmer.

24 DATED: December 4, 2007.              JOHN E. SWEENEY & ASSOCIATES

25

26                                       By _____
                                              JOHN E. SWEENEY
27                                            Attorneys for Defendants
                                              Dharampal Singh
28                                            and John E. Sweeney


                                    1
                 STIPULATION FOR REMAND AND ORDER THEREON

1 | DATED: __12/5/07__

_____
GURUJODHA S. KHALSA
Attorney for Plaintiff Kulbir Bajwa

2
STIPULATION FOR REMAND AND ORDER THEREON